1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANTHONY EARL RICHARD,                    No.  2:12-cv-1436 GEB DAD P

12               Petitioner,

13       v.                                  ORDER

14  SUSAN HUBBARD, Warden,

15               Respondent.

16

17          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254.

19          On September 19, 2013, this court granted petitioner's motion to stay this action and hold

20  it in abeyance and ordered petitioner to exhaust his state court remedies on any unexhausted

21  claims forthwith.  The court also ordered petitioner to file a status report in this case on the first

22  court day of each month.  In petitioner's most recent status report, filed April 13, 2015, petitioner

23  has informed the court that the California Supreme Court has now denied his exhaustion petition.

24  Petitioner has requested guidance on how to proceed.

25          As this court previously informed petitioner when it stayed this action, to proceed in this

26  federal habeas action petitioner must file a motion to lift the stay of this action, together with a

27  motion to amend his petition, and a proposed third amended petition containing all of his

28  exhausted claims.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order petitioner shall file a motion to lift the stay of this action, a motion to amend his petition, and a proposed third amended petition containing all of his exhausted claims; and

2. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus.

Dated:  April 22, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rich1436.lft

2