IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY EARL RICHARD,**<br><br>                                Petitioner,<br><br>        v.<br><br>**SUSAN HUBBARD,**<br><br>                                Respondent. | Case No. 2:12-cv-1436-GEB -DB<br><br>**ORDER** |

Respondent requests an extension of time to file a responsive pleading.  Good cause appearing, IT IS HEREBY ORDERED that respondent's request (ECF No. 46) is GRANTED. Respondent's Answer filed August 17, 2016 is deemed timely.

Dated:  August 28, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/rich1436.resp eot